## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| STEVE JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 8:18-cv-02156-SDM-AAS |
| | ) |
| CAPITAL ONE BANK, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

Plaintiff, STEVE JACKSON, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

By: /s/ Taylor Kosla
    Taylor Kosla
    Agruss Law Firm, LLC
    4809 N. Ravenswood Ave, Suite 419
    Chicago, IL 60640
    Tel: 312-224-4695
    taylor@agrusslawfirm.com
    *Attorney for Plaintiff*
    *Pro Hac Vice*

By:/s/ Bryant Scriven
    Bryant Scriven
    Scriven Law P.A.
    402 East 7th Ave
    Tampa FL 33602
    Tel: (813) 226-8522
    bryant@scrivennlawfirm.com
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 12, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF thereby notifying all counsel of record.

By:  /s/ Taylor Kosla
 Taylor Kosla